NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**STANLEY J. MILLER,**
*Petitioner,*

**v.**

**DEPARTMENT OF HOMELAND SECURITY,**
*Respondent.*

---

2010-3120

---

Appeal from the Merit Systems Protection Board in No. DC1221080274-B-1.

---

**JUDGMENT**

---

R. SCOTT OSWALD, The Employment Law Group, P.C., of Washington, DC, argued for petitioner. With him on the brief was NICHOLAS WOODFIELD.

SCOTT D. AUSTIN, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON, Director, and REGINALD T. BLADES, JR., Assistant Director.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*, NEWMAN and DYK, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 10, 2010          /s/ Jan Horbaly
Date                                Jan Horbaly
                                        Clerk